UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **KEITH MORRIS CREAR** #57144-177 | **CIVIL DOCKET NO. 1:20-CV-1410-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **H. JONES, ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation (ECF No. 18) of the Magistrate Judge previously filed herein, and after a *de novo* review of the record including the Response in Support filed by Petitioner (ECF No. 19), and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Complaint (ECF No. 3,11) are DENIED and DISMISSED as time-barred under §§ 1915 and 1915A.

THUS DONE AND SIGNED in Chambers, this 1st day of March, 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE